Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (fax)
*Attorney for Plaintiff*

R. Shawn Oller; AZ Bar No. 019233
Melissa L. Shingles; AZ Bar No. 032645
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road Suite 900
Phoenix, AZ  85016
soller@littler.com
mshingles@littler.com
Telephone: 602.474.3600
Facsimile: 602.957.1801
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bretta K. Ferrie,<br><br>                    Plaintiff,<br><br>v.<br><br>Ryan, LLC,<br><br>         Defendant. | CASE NO. CV-19-05741-PHX-GMS<br><br>**JOINT STATUS REPORT RE: SETTLEMENT DISCUSSIONS**<br><br>(Assigned to the Honorable G. Murray Snow) |

      Plaintiff and Defendant submit this report on the status of the case:

      Settlement discussions: The parties met virtually in good faith on August 21, 2020, but were unable to settle the case. The Parties intend to meet again to conduct further settlement discussions.

      Respectfully submitted on this 26th day of August, 2020.

1



| JOSHUA CARDEN LAW FIRM, P.C. | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/Joshua W. Carden<br>Joshua W. Carden<br>*Attorneys for Plaintiff* | By: /s/R. Shawn Oller (*with permission*)<br>R. Shawn Oller<br>Melissa Shingles<br>*Attorneys for Defendants* |



4825-4257-1465.1 086940.1008